### UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF TEXAS
### MARSHALL DIVISION

| | |
|---|---|
| **WEBVENTION LLC**<br><br>    **Plaintiff,**<br><br>    **v.**<br><br>**SOURCE INTERLINK COMPANIES, INC. AND SOURCE INTERLINK MEDIA, LLC**<br><br>    **Defendant.** | **Case No.  2:11-cv-488**<br><br>**JURY TRIAL DEMANDED** |

### ORDER OF DISMISSAL WITHOUT PREJUDICE

In consideration of Plaintiff Webvention LLC's Notice of Dismissal of all claims between Plaintiff Webvention LLC and Defendants Source Interlink Companies, Inc. and Source Interlink Media, LLC, it is ORDERED, ADJUDGED, AND DECREED that all claims asserted in this suit between Plaintiff Webvention LLC and Defendants Source Interlink Companies, Inc. and Source Interlink Media, LLC are hereby dismissed without prejudice.

It is further ORDERED that all attorneys' fees, expenses, and costs are to be borne by the party that incurred them.

SO ORDERED.

**So ORDERED and SIGNED this 12th day of January, 2012.**

_____
RODNEY  GILSTRAP
UNITED STATES DISTRICT JUDGE